UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SAMMY DENNIS,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED VAN LINES, LLC,<br><br>   Defendant. | Civil Action No. 4:17-CV-01614 |

## MOTION TO COMPEL ARBITRATION OR DISMISS COMPLAINT

Pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 et seq., and the Missouri Uniform Arbitration Act, MO. REV. STAT. § 435.350, et seq., Defendant United Van Lines, LLC respectfully moves this Court to enter an order enforcing the arbitration agreement entered into by Plaintiff Sammy Dennis. Alternatively, Defendant moves to dismiss the Complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure because the Complaint should be transferred to another venue under the first-filed rule or dismissed because Plaintiff fails to plead a claim for relief under the FLSA or the MMWL.

WHEREFORE, for the reasons stated in Defendant's Memorandum in Support, Defendant respectfully requests that this Court compel arbitration of Plaintiff's claims, or, alternatively, transfer dismiss the Complaint.

40009772v.1

Date:  July 25, 2017                                          Respectfully submitted,


                                                              /s/ Michael J. Morris
                                                              One of Defendant's Attorneys

Kyle A. Petersen (pro hac vice application to be filed)
kpetersen@seyfarth.com
Noah A. Finkel (pro hac vice application to be filed)
nfinkel@seyfarth.com
Cheryl A. Luce (pro hac vice application to be filed)
cluce@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois  60606
Telephone:     (312) 460-5000
Facsimile:      (312) 460-7000

Booker T. Shaw, MO - 25548MO
Michael J. Morris, MO - 32354MO
Laura M. Jordan, MO - 48755MO
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri 63101
Telephone:     (314) 552-6000
Faacsimile:     (314) 552-7000

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that on July 25, 2017, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Michael J. Morris