## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| SAMMY DENNIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:17CV1614 RLW |
| | ) |
| UNITED VAN LINES, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Pursuant to the Notice of Voluntary Dismissal filed by the Plaintiff (ECF No. 31),

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice.

Dated this 8th day of January, 2018.

**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**